Brett L. Gibbs, Esq. (SBN 251000)
Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HARD DRIVE PRODUCTIONS INC., <br><br> Plaintiff, <br> v. <br> JOHN DOE, <br><br> Defendant. | No. C-11-05630 LB <br><br> **PLAINTIFF'S DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

**PLAINTIFF'S DECLINATION TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT
TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

//

//

1 | Respectfully Submitted,

2 |                                             HARD DRIVE PRODUCTIONS INC.,

3 | **DATED: November 28, 2011**

4 |

5 |                                       By:        /s/  Brett L. Gibbs, Esq.

6 |                                             Brett L. Gibbs, Esq. (SBN 251000)
  |                                             Prenda Law Inc.
7 |                                             38 Miller Avenue, #263
  |                                             Mill Valley, CA 94941
8 |                                             blgibbs@wefightpiracy.com

9 |                                             *Attorney for Plaintiff*